1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ELIJAH LEE MILLER,                        No.  2:23-CV-0994-KJM-DMC-P

12             Plaintiff,

13        v.                                     FINDINGS AND RECOMMENDATIONS

14    ANDREW MONTGOMERY,

15             Defendant.

16

17           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.

19           On January 30, 2025, the Court revoked Plaintiff's in forma pauperis status and

20    directed Plaintiff to pay the filing fees for this case within 30 days.  Plaintiff has been warned that

21    failure to comply with court orders may result in dismissal of this action for lack of prosecution

22    and failure to comply with court rules and orders.  See Local Rule 110.  To date, Plaintiff has not

23    paid the filing fees.

24           The Court must weigh five factors before imposing the harsh sanction of dismissal.

25    See Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000); Malone v. U.S. Postal

26    Service, 833 F.2d 128, 130 (9th Cir. 1987).  Those factors are: (1) the public's interest in

27    expeditious resolution of litigation; (2) the Court's need to manage its own docket; (3) the risk of

28    prejudice to opposing parties; (4) the public policy favoring disposition of cases on their merits;

                                                   1

1   and (5) the availability of less drastic sanctions.  See id.; see also Ghazali v. Moran, 46 F.3d 52,

2   53 (9th Cir. 1995) (per curiam).  A warning that the action may be dismissed as an appropriate

3   sanction is considered a less drastic alternative sufficient to satisfy the last factor.  See Malone,

4   833 F.2d at 132-33 & n.1.  The sanction of dismissal for lack of prosecution is appropriate where

5   there has been unreasonable delay.  See Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir.

6   1986).  Dismissal has also been held to be an appropriate sanction for failure to comply with an

7   order to file an amended complaint.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir.

8   1992).

9           Having considered these factors, and in light of Plaintiff's failure to pay the filing

10  fees for this case as directed, the Court finds that dismissal of this action is appropriate.

11          Based on the foregoing, the undersigned recommends that this action be dismissed,

12  without prejudice, for lack of prosecution and failure to comply with court rules and orders.

13          These findings and recommendations are submitted to the United States District

14  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

15  after being served with these findings and recommendations, any party may file written

16  objections with the court.  Responses to objections shall be filed within 14 days after service of

17  objections.  Failure to file objections within the specified time may waive the right to appeal.  See

18  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

19

20  Dated:  April 24, 2025

21                                                   _____
                                                     DENNIS M. COTA
22                                                   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28